IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| AUTHENTICITY, LLC, a Nebraska Limited Liability Company, ) ) ) | | |
| Plaintiff, ) ) | 4:09CV3125 | |
| V. ) ) | | |
| WINDWARD HOMES, LLC, a Nebraska Limited Liability Company, EDWARD MLINEK, individually, and DARA MLINEK, spouse, ) ) ) ) ) | ORDER | |
| Defendants. ) | | |

    IT IS ORDERED that the parties' joint motion to continue,(filing no. 16), is granted, and the Rule 26(f) Report of Parties' Planning Conference shall be filed on or before November 5, 2009.

    DATED this 16th day of September, 2009.

                                                             BY THE COURT:

                                                              *Richard G. Kopf*
                                                              United States District Judge