IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| AUTHENTICITY, LLC, a Nebraska Limited Liability Company, | ) ) ) | |
| Plaintiff, | ) ) | 4:09CV3125 |
| v. | ) ) | |
| WINDWARD HOMES, LLC, a Nebraska Limited Liability Company, EDWARD MLINEK, individually, and DARA MLINEK, spouse, | ) ) ) ) ) | MEMORANDUM AND ORDER |
| Defendants. | ) | |

Defendants Edward and Dara Mlinek have filed a motion for trial by jury (filing no. 31). The plaintiff has not responded and the response deadline has passed.

Accordingly,

IT IS ORDERED that the motion for trial by jury filed by defendants Edward and Dara Mlinek, (filing no. 31), is granted.

DATED this 28th day of January, 2010.

BY THE COURT:

s/ *Cheryl R. Zwart*
United States Magistrate Judge