IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| AUTHENTICITY, LLC, a Nebraska Limited Liability Company, | ) ) ) | |
| Plaintiff, | ) ) | 4:09CV3125 |
| V. | ) ) | |
| WINDWARD HOMES, LLC, a Nebraska Limited Liability Company, EDWARD MLINEK, individually, and DARA MLINEK, spouse, | ) ) ) ) ) | **ORDER** |
| Defendants. | ) ) | |

This matter is before the court upon the stipulation for dismissal with prejudice filed jointly by Plaintiff Authenticity, LLC and Defendants Edward Mlinek and Dara Mlinek (filing 37). The stipulation shall be adopted.

IT IS ORDERED that Plaintiff's claims against Defendants Edward Mlinek and Dara Mlinek are dismissed with prejudice, with each party to pay its own costs. The action remains pending as between Plaintiff and Defendant Windward Homes, LLC.

March 15, 2010.

BY THE COURT:

*Richard G. Kopf*
United States District Judge